**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Brandon Laray JACKSON,**
**Defendant–Appellant.**

**No. 10–10800**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 16, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Bill Pedersen, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Brandon Laray Jackson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Jackson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.